Reuben D. Nathan, Esq. (SBN #208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:   (949) 486-1889
Email: r.n@azimynathan.com
       E.a@azimynathan.com

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>           Plaintiff,<br><br>     v.<br><br>MADISON RETAIL ASSOCIATES, L.P., and DOES 1 through 10, inclusive,<br><br>           Defendants.<br>_____/ | No. 2:06-cv-0323-MCE-GGH<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**TO THE COURT AND TO ALL PARTIES WITH AN INTEREST HEREIN**:

The Plaintiff Joseph Abdullah and Defendant Madison Retail Associates, L.P., through their attorneys undersigned, stipulate and agree that the Clerk's Entry of Default entered against Madison Retail Associates, L.P. on April 17, 2006, is set aside.

///
///
///
///
///
///

1

1  The parties further stipulate that Defendant Madison Retail Associates, L.P. shall have up to and including May 5, 2006 to respond to Plaintiff's Complaint.

DATED: April 17, 2006 AZIMY & NATHAN, LLP

By: /s/ Reuben D. Nathan, Esq.
    Reuben D. Nathan, Esq.
    Attorney for Plaintiff, Joseph Abdullah

DATED: April 17, 2006 LAW OFFICE OF MARK CARLQUIST

By: /s/ Mandy McClellan for Mark Carlquist as authorized on April 17, 2006
    Mark Carlquist, Esq.
    Attorney for Defendant, Madison Retail Associates, L.P.

**ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED that the Clerk's Entry of Default entered against Defendant Madison Retail Associates, L.P. on April 17, 2006, is set aside and that Defendant Madison Retail Associates, L.P. shall have up to and including May 5, 2006 to respond to Plaintiff's Complaint.

DATED: May 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2