MARK S. CARLQUIST, ESQ. SB#096341
654 North Santa Cruz Ave., Suite E
Los Gatos, CA  95030
Telephone:  (408) 354-1955
Facsimile: (408) 354-2127

Attorney for Defendant Madison Retail Associates

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>　　　Plaintiff,<br><br>v.<br><br>MADISON RETAIL ASSOCIATES, L.P. and DOES 1 though 10, inclusive,<br><br>　　　Defendants. | CASE NO.  2:06-cv-0323-MCE-GGH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**TO THE COURT AND TO ALL PARTIES WITH AN INTEREST HEREIN:**

　　　Plaintiff Joseph Abdullah and Defendant Madison Retail Associates, L.P., through their attorneys undersigned, stipulate and agree that Defendant Madison Retail Associates, L.P. shall have up to and including June 5, 2006 to respond to Plaintiff's Complaint.

Dated: May 4, 2006　　　　　　　　　　**AZIMY & NATHAN, LLP**

　　　　　　　　　　　　　　　　　　　By: /s/ Reuben D. Nathan, Esq.
　　　　　　　　　　　　　　　　　　　　　Reuben D. Nathan, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　Joseph Abdullah

| | | |
|---|---|---|
| 1 | Dated: May 4, 2006 | **LAW OFFICE OF MARK CARLQUIST** |
| 2 | | |
| 3 | | By: /s/ Mark Carlquist, Esq. |
| | | Mark Carlquist, Esq. |
| 4 | | Attorney for Defendant, |
| | | Madison Retail Associates, L.P. |

1 Dated: May 4, 2006                **LAW OFFICE OF MARK CARLQUIST**

                                    By: <u>/s/ Mark Carlquist, Esq.</u>
                                    Mark Carlquist, Esq.
                                    Attorney for Defendant,
                                    Madison Retail Associates, L.P.

**ORDER**

IT IS SO ORDERED.

Dated: May 17, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE