UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>      Plaintiff,<br><br>  v.<br><br>MADISON RETAIL ASSOCIATES, L.P., and DOES 1 through 10, inclusive,<br><br>      Defendants.<br>_____/ | No. 2:06-cv-0323-MCE-GGH<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>**F.R.Civ.P. 41(a)(1)** |

Pursuant to F.R.Civ.P. 41(1)(1), Plaintiff Joseph Abdullah and Defendant, Madison Retail Associates, L.P., through their attorneys undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

DATED: September 29, 2006     **AZIMY & NATHAN, LLP**
                                         By: /s/ Reuben D. Nathan, Esq.
                                                Reuben D. Nathan, Esq.
                                                Attorney for Plaintiff,
                                                Joseph Abdullah

///

DATED: September 29, 2006                     **RAY STONE INCORPORATED**
                                              By: /s/ Mark C. Carlquist, Esq. As
                                              authorized on September 28, 2006
                                              Mark C. Carlquist, Esq.
                                              Attorney for Defendant,
                                              Madison Retail Associates, L.P.

## ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

DATED: October 10, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2