Reuben D. Nathan, Esq. (SBN #208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax: (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>         Plaintiff,<br><br>v.<br><br>MADISON RETAIL ASSOCIATES, L.P. and Does 1 through 10, inclusive.<br><br>         Defendants. | Case No.: 2:06-CV-00323 MCE GGH<br><br>**AMENDED STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>**F.R.Civ.P. 41 (a)(1)** |

**AMENDED STIPULATION OF DISMISSAL AND ORDER THEREON**

Pursuant to F.R.Civ.P. 41 (a)(1), Plaintiff Joseph Abdullah and Defendant, Madison Retail Associates, L.P., through their attorneys undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

DATED: October 5, 2006                                    **AZIMY & NATHAN, LLP**

                                        By: /s/ Reuben D. Nathan, Esq.
                                            Reuben D. Nathan, Esq.
                                            Attorneys for Plaintiff,
                                            Joseph Abdullah

DATED: October 5, 2006                                    **LAW OFFICE OF MARK S. CARLQUIST**

    By:  /s/ Mark C. Carlquist, Esq. as authorized on October 5, 2006.

    Mark C. Carlquist, Esq.
                                            Attorney for Defendant,
                                            Madison Retail Associates, L.P.

**ORDER**

Pursuant to the stipulation of the parties,
**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.
Dated: October 11, 2006

**AMENDED STIPULATION OF DISMISSAL AND ORDER THEREON**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
**AMENDED STIPULATION OF DISMISSAL AND ORDER THEREON**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

— 4 —
**AMENDED STIPULATION OF DISMISSAL AND ORDER THEREON**